No. 90–273. COMMISSIONER OF REVENUE OF TENNESSEE *v.* NEWSWEEK, INC.; and COMMISSIONER OF REVENUE OF TENNESSEE *v.* SOUTHERN LIVING, INC., ET AL. Sup. Ct. Tenn. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. Reported below: 789 S. W. 2d 247 (first case) and 251 (second case).

No. 90–1118. HEARST CORP. *v.* IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 90–1192. CITY OF LOCKPORT, NEW YORK, ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1255. NUTRASWEET CO. *v.* STADT CORP. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1226. HOPE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 90–6595. SEIDEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 90–6829. MELENDEZ *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 90–1338. GULF STATES UTILITIES CO. *v.* COALITION OF CITIES FOR AFFORDABLE UTILITY RATES ET AL. Sup. Ct. Tex. Motion of Edison Electric Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–1398. XEROX CORP. *v.* TOLLIVER ET AL. C. A. 2d Cir. Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted. Certiorari denied.